UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-14005-T/P-GRAHAM/LYNCH

UNITED STATES OF AMERICA,

    Plaintiff,

v.

BENITO GUTIERREZ-MORALES
a/k/a Juan Alberto Leon-Rivera

    Defendant.
_____/

FILED by _____ D.C.

AUG 20 2013

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. PIERCE

# REPORT AND RECOMMENDATION ON DEFENDANT'S ADMISSIONS TO VIOLATIONS AS SET FORTH IN THE PETITION FOR VIOLATIONS OF PROBATION

**THIS CAUSE** having come on to be heard for an evidentiary hearing on August 20, 2013 in respect to the Petition Alleging Violations of Probation, and this Court having conducted a hearing wherein the Defendant advised this Court that he wished to admit each of the violations as set forth in the Petition, this Court recommends to the District Court as follows:

1. The Defendant appeared before this Court on August 20, 2013 for an evidentiary hearing in respect to the Petition Alleging Violations of Probation. The Petition alleges the following violations:

**Violation Number 1** by failing to refrain from violation of the law. On June 13, 2013 the Defendant, a citizen of Mexico without immigration documents, was arrested by immigration authorities in Indian River County, Florida after having been previously removed from the United States on or about December 17, 2010 under the name Juan Alberto Leon-Rivera. The Defendant has been charged by Indictment with Illegal Entry After Deportation in 13-14034-CR-DLG in Southern District of Florida and remains in custody.

**Violation Number 2** by being arrested by immigration authorities on June 13, 2013 in Indian River County, Florida without legal documents allowing him to be or remain in the United States legally after being previously deported on December 17, 2010.

2. At the hearing and after consultation with his attorney through the assistance of the court certified interpreter, the Defendant announced to this Court that he wished to admit Violation Numbers 1 and 2 as set forth in the Petition. This Court questioned the Defendant on the record and made certain that he understood his rights in regards to an evidentiary hearing in respect to the alleged violations. Further, the Defendant acknowledged that he understood his rights in that regard and further understands that all that will remain will be for the District Court to conduct a sentencing hearing for final disposition in this matter. The Defendant admitted on the record that he has used both the names Benito Gutierrez-Morales and Juan Alberto Leon-Rivera.

3. The government and Defendant agreed that the allegations in the Petition were a sufficient factual basis to support the Defendant's admissions to Violation Numbers 1 and 2. This Court is satisfied that the facts set forth in the Petition do set forth a factual basis to support the Defendant's admissions to all violations in the Petition. Further, the Defendant understands the possible penalties he is facing in regards to his admissions to Violation Numbers 1 and 2 of the Petition as stated on the record.

4. **The Defendant has previously pled guilty in Case No. 13-14034-CR-GRAHAM/LYNCH to Count Fourteen of the Indictment in that case and is set for sentencing by Judge Graham on October 29, 2013. This matter shall be set for sentencing at that same time which is Tuesday, October 29, 2013, at 11:00 a.m., at the United States Courthouse, Courtroom #4008, 101 South U.S. Highway 1, Fort Pierce, Florida.**

**ACCORDINGLY**, based upon the Defendant's admissions under oath, this Court recommends to the District Court that the Defendant be found to have violated his

probation in respect to Violation Numbers 1 and 2 as set forth in the Petition and that a sentencing hearing be set by the District Court for final disposition of this matter.

The parties shall have ten (14) days from the date of this Report and Recommendation within which to file objections, if any, with the Honorable Donald L. Graham, United States District Judge assigned to this case. Pursuant to Federal Rules of Criminal Procedure, Rule 59(b)(2), failure to file objections timely waives a party's right to review and bars the parties from attacking on appeal any legal rulings and factual findings contained herein.

**DONE AND SUBMITTED** this 20th day of August, 2013 at Fort Pierce, Northern Division of the Southern District of Florida.

FRANK J. LYNCH, JR.
UNITED STATES MAGISTRATE JUDGE

Copies furnished:
Hon. Donald L. Graham
AUSA Courtney Coker
Gregg Lerman, Esq.
U.S. Probation Office
U.S. Marshal