```
              UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF FLORIDA
                   FORT PIERCE DIVISION
               CASE NO. 13-14005-TP-GRAHAM
```

UNITED STATES OF AMERICA

       Plaintiff,

vs.

BENITO GUTIERREZ-MORALES
a/k/a Juan Alberto Leon-Rivera,

       Defendant.
_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION ON THE PETITION FOR VIOLATION OF PROBATION**

    **THIS CAUSE** came before the Court upon the Petition for Violation of Probation filed on August 7, 2013.

    **THE MATTER** was referred to Magistrate Judge Frank J. Lynch, and a Evidentiary Hearing was held on August 20, 2013.  A Report and Recommendation filed on August 20, 2013 recommended that Defendant's term of probation be revoked. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, however to date, none were filed. The Court has conducted a <u>de novo</u> review of the entire file. Accordingly, it is

    **ORDERED AND ADJUDGED** that Magistrate Judge Lynch's Report and Recommendation on the violations set forth in the Petition for Violation of Probation is hereby Adopted and Approved in its entirety.   **DONE AND ORDERED** in Chambers at Miami, Florida, this 25th day of September, 2013.

                                           _____
                                           DONALD L. GRAHAM
                                           UNITED STATES DISTRICT JUDGE

Copied: Magistrate Judge Frank J. Lynch
       Courtney Coker, AUSA

Gregg Lerman, Esq.